Hazel THOMAS

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

Sept. 20, 1957.

O. J. Cockrell, Jackson, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This case is before us on motion for an appeal from a verdict sentencing the appellant to sixty days in jail and fining her $100 for selling whisky in local option territory.

The trial judge called a jury of bystanders, which he was entitled to do under KRS 29.280(3). We find no prejudicial error in the trial, so the motion for an appeal is overruled and the judgment is affirmed.